**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02194-GPG-MEH

JOSEPH TERRELL NELSON, JR., on behalf of himself and others similarly situated,

      Plaintiff,

v.

ALCOHOL MONITORING SYSTEMS, INC., d/b/a SCRAM Systems,

      Defendant.

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Joseph Terrell Nelson, Jr., on behalf of himself and others similarly situated, and Defendant Alcohol Monitoring Systems, Inc., d/b/a SCRAM Systems, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Respectfully submitted this 15th day of February 2024.

<u>Counsel for Plaintiff</u>:

*s/ Blake G. Abbott*
Paul Doolittle, Esq.
Blake G. Abbott, Esq.
**Poulin | Willey | Anastopoulo, LLC**
32 Ann Street
Charleston, SC 29403
803-222-2222
paul.doolittle@poulinwilley.com
blake.abbott@poulinwilley.com

<u>Counsel for Defendant:</u>

**Kutak Rock LLP**

*s/ Michael T. McDonnell*
Michael T. McDonnell III, Esq.
Jane C. Silver, Esq.
Two Logan Square, 100 North 18th St., Suite 1920
Philadelphia, PA  19103
215-299-4384
michael.mcdonnell@kutakrock.com
jane.silver@kutakrock.com

Mark C. Willis, Esq. (CO Bar No. 31025)
2001 16th St., Suite 1800
Denver, CO 80202
303-297-2400
mark.willis@kutakrock.com

Rudy R. Perrino, Esq.
777 Tower, 777 S Figueroa St. #4550
Los Angeles, CA 90017
213-312-4000
rudy.perrino@kutakrock.com

Tim Baird, Esq.
Riverfront Plaza – West, 901 E. Byrd St., Suite 1000
Richmond, VA 23219
904-343-5249
tim.baird@kutakrock.com

2

4894-5155-9077.2

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which system will electronically serve all counsel of record.

/s/ *Edna Gray*
Edna Gray

4894-5155-9077.2